## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE ESTATE OF TAMMY TERRANOVA,** *Plaintiff*, v. **LINDA GARDEN ESTATES, et al.,** *Defendants.* | Civil Action No. 22-3185(MCA) ORDER |

**THIS MATTER** comes before the Court by way of plaintiffs' motion to remand this case to state court, ECF No. 7;

and it appearing that Judge Wettre issued a Report and Recommendation dated October 17, 2022, in which Judge Wettre recommended that this Court grant plaintiffs' motion to remand, ECF No. 7; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation;

**IT IS** on this 1st day of November, 2022,

**ORDERED** that Judge Wettre's Report and Recommendation dated October 17, 2022, is **ADOPTED** and plaintiffs' motion to remand ECF. No. 7 is **GRANTED,** case is hereby **DISMISSED WITHOUT PREJUDICE** and this matter shall be **CLOSED.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**